JS-6

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | Case No. CV 20-09646 AB (PDx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| BRISTOL PROPERTIES, LLC, a California Limited Liability Company, et al., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 7, 2020        _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.